NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Caroline Herrling
2337 S. Beverly Glen, #6
Los Angeles, CA 90064
323-620-0858

FILED
2020 AUG -3 PM 4:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

ATTORNEY(S) FOR: **PLAINTIFF - IN PRO PER**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE HERRLING<br>Plaintiff(s),<br>v.<br>CITIBANK, N.A.<br>Defendant(s) | CASE NUMBER:<br>**CV20-6989-FMO (AFMx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ CAROLINE HERRLING _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Caroline Herrling | Plaintiff |
| Citibank, N.A. | Defendant |
| Tricia L. Legittino | Attorney for Defendant |
| Jessica R. Medina | Attorney for Defendant |
| Hon. Glen M. Reiser | Arbitrator |
| James Kantor | Representative for Plaintiff |

_____ 7/28/2020 _____          *Caroline Herrling*
Date                                                Signature

Attorney of record for (or name of party appearing in pro per):

Caroline Herrling

CV-30 (05/13)                         NOTICE OF INTERESTED PARTIES