# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CAROLINE HERRING, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 20-06989-FMO-(AFMx) |
| CITIBANK, N.A., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

___August 5, 2020___  _____/s/ Cely Mack_____
Date                           United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☐ Other: _____

Comments:

_____                    _____
Date                                United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
   ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
   ☐ This case is hereby DISMISSED immediately.
   ☐ This case is hereby REMANDED to state court.

_____                    _____
Date                                United States District Judge

CV-73 (08/16)        ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*