Tricia L. Legittino (SBN 254311)
tlegittino@fkks.com
Matthew Samet (SBN 311865)
msamet@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone:   (310) 579-9600
Facsimile:   (310) 579-9650

Attorneys for Respondent
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAROLINE HERRLING,<br><br>     Petitioner,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>     Respondent. | Case No. 2:20-cv-06989-FMO-AFM<br><br>**DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE ARBITRATION AWARD**<br><br>[Filed Concurrently with Notice of Motion and Motion to Confirm Arbitration Award; Declaration of Matthew Samet; Appendix of Exhibits; [Proposed] Order]<br><br>Judge:  Hon. Fernando M. Olguin<br>Date:   September 17, 2020<br>Time:   10:00am<br>Crtrm.:  6D |

FKKS:2707889v.2  28253.300

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE ARBITRATION AWARD

# DECLARATION OF TRICIA L. LEGITTINO

I, Tricia L. Legittino, declare:

1.      I am an attorney duly admitted to practice before this Court.  I am a Partner with Frankfurt Kurnit Klein & Selz PC, attorneys of record for Respondent, Citibank, N.A ("Citibank").  I have personal knowledge of the facts set forth herein, as I was Citibank's lead counsel in the arbitration filed against it by Caroline Herrling ("Herrling") which was styled *Herrling v. Citibank,* JAMS No. 1210036436 (the "Arbitration").  In my role as Citibank's lead counsel in the Arbitration, I was involved in every aspect of the Arbitration including, but not limited to: (a) developing Citibank's defenses and strategies for the case; (b) communicating with Herrling's "representative" for the Arbitration, James Kantor ("Kantor"); (c) the selection of the Honorable Judge Glen M. Reiser (ret.) ("Judge Reiser") as the arbitrator for the matter; (d) handling Citibank's disclosures to Herrling and obtaining discovery from her including taking her deposition; (e) participating in all the pre-hearing conferences with Judge Reiser and Kantor; (f) drafting and arguing Citibank's motion for summary adjudication (the "MSA"); and (g) representing Citibank at the arbitration hearing which included making all arguments to Judge Reiser, cross-examining Herrling, and putting on all of Citibank's witnesses.  I make this declaration in support of Citibank's Motion to Confirm Arbitration Award and in Opposition to Herrling's Motion to Vacate Arbitration Award.  If called as a witness, I could and would competently testify thereto.

## Initiation of Arbitration

2.      A true and correct copy of Herrling's Demand for Arbitration is attached to the Appendix of Exhibits (the "App.") filed concurrently herein as Exhibit "1."

3.      As Citibank's lead counsel, I was instructed to communicate solely

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM
ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE
ARBITRATION AWARD

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

1   with Kantor regarding all issues in the arbitration.

2       4.      On July 1, 2019, after the parties engaged in the selection process for

3   an arbitrator pursuant to JAMS procedures, Judge Reiser was appointed as

4   arbitrator.

5   **The Scheduling Orders**

6       5.      On August 9, 2019, Judge Reiser, Kantor, and I participated in the

7   Preliminary Arbitration Management Conference during which the parties discussed

8   a number of issues and procedures for the arbitration.  When it came to expert

9   witness designation, I suggested that the parties follow the deadlines and

10  requirements as set forth in California Code of Civil Procedure section 2034 *et. seq.*

11  Kantor did not object to this suggestion.

12      6.      Accordingly, on August 13, 2019, Judge Reiser issued the first

13  scheduling order (the "Scheduling Order") which documented the agreements the

14  parties reached during the August 9th conference including setting an evidentiary

15  hearing for February 5 and 6, 2020.  At no point did Kantor object to any provision

16  of the Scheduling Order.  A true and correct copy of the Scheduling Order is

17  attached to the App. as Exhibit "2."

18      7.      On October 18, 2019, the parties engaged in a second pre-hearing call

19  with Judge Reiser to discuss discovery issues raised by Kantor and my request that

20  the hearing be rescheduled due to a jury trial on another matter that conflicted with

21  the February hearing dates.  Additionally, because I told Judge Reiser that Kantor

22  repeatedly changed the informal discovery Herrling sought, he permitted Kantor to

23  serve document requests pursuant to the California Code of Civil Procedure.

24  Consequently, on October 21, 2019, Judge Reiser issued an amended scheduling

25  order (the "Amended Scheduling Order"), which moved the hearing to March 2, 3,

26  and 4, 2020.  The Amended Scheduling Order did not alter the parties' duties to

27  comply with California Code of Civil Procedure section 2034 *et. seq.* in connection

28

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM
ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE
ARBITRATION AWARD

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

Frankfurt Kurnit Klein+Selz pc
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

1   with expert witnesses.  A true and correct copy of the Amended Scheduling Order is

2   attached to the App. as Exhibit "3."

3       8.      At no point either during the October 18th telephonic hearing or at any

4   time after it did Kantor object to any provision of the Amended Scheduling Order

5   including the provision regarding the procedure ordered for designating expert

6   witnesses.

7   **Discovery**

8       9.      On August 9, 2019, Citibank propounded interrogatories on Herrling.

9       10.     On August 15, 2019, Citibank noticed Herrling's deposition for

10  September 17, 2019.

11      11.     On September 3, 2019, pursuant to the agreement between Kantor and

12  me to begin their voluntary production of documents on September 3, 2019,

13  Citibank produced to Herrling documents bates-stamped CITI 001-017 which

14  included her Safe Deposit Box Rental Agreement (the "Rental Agreement"), the

15  executed Safe Deposit Box Signature Card and Access Record, exemplars of notices

16  that Citibank sent to its safe deposit box customers that the branch was closing, and

17  the inventory list of items retrieved from Herrling's safe deposit box (the "Box")

18  when it was drilled open on October 1, 2016.

19      12.     On September 5, 2019, Citibank produced a second set of documents to

20  Herrling bates-numbered CITI 018-025 which consisted primarily of Brinks

21  shipping documents.  Also, on this date, I emailed Kantor asking when Herrling

22  would begin producing documents pursuant to our agreement because she missed

23  the agreed upon September 3rd start date.

24      13.     On September 9, 2019, Herrling produced her first set of documents to

25  Citibank.

26      14.     On September 10, 2019, Citibank produced its third set of documents

27  to Herrling, bates-stamped CITI 026-030, which included correspondence between

28

FKKS:2707889v.2  28253.300                        3

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM
ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE
ARBITRATION AWARD

Herrling and Citibank.  Through the three sets of document production, Citibank produced all the correspondence between Citibank and Herrling, including but not limited to those with a Citibank attorney.

15.    On September 12, 2019, I informed Kantor that I had relevant Citibank Internal Policies and Procedures for safe deposit boxes ready to produce (the "Policies"), but Kantor and Herrling first needed to sign a Protective Order because of the confidential and proprietary nature of the Policies.  I gave Kantor the Protective Order and asked him to contact me with any questions or comments. Kantor refused to sign the Protective Order and said Herrling would not sign it either.  A true and correct copy of this September 12, 2019 email from me to Kantor is attached to the App. as Exhibit "4."

16.    On September 17, 2019, Citibank deposed Herrling, during which she mentioned in passing that she allegedly consulted an expert but could not recall his name.

17.    On September 18, 2019, in response to my request for the name of the "expert" Herrling testified about at her deposition, Kantor confirmed in an email that the "expert . . . is not confirmed as one of our experts."  A true and correct copy of the September 18, 2019 email from Kantor to me is attached to the App. as Exhibit "5."

18.    A true and correct copy of the October 4, 2019 letter from Kantor to Jasmine Lu ("Lu"), the JAMS Case Administrator, is attached to the App. as Exhibit "6."

19.    A true and correct copy of Citibank's October 7, 2019 response to Kantor's October 4, 2019 letter is attached to the App. as Exhibit "7."

20.    On October 23, 2019, Kantor served Citibank with a Request for Production of Documents which do not request production of the Policies ("Herrling's RFP").

FKKS:2707889v.2 28253.300

4

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE ARBITRATION AWARD

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

Frankfurt Kurnit Klein+Selz PC

2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

1    21.    On November 15, 2019, Citibank served its responses to Herrling's

2    RFP.

3    22.    On November 25, 2019—a few days before Thanksgiving— Kantor

4    sent me a meet-and-confer letter to discuss certain objections in Citibank's

5    responses to Herrling's RFP that he disputed.  A true and correct copy of the

6    November 25th letter is attached to the App. as Exhibit "8."

7    23.    On November 29, 2019 (the day after Thanksgiving), Kantor emailed

8    Lu seeking a discovery conference with Judge Reiser regarding the issues raised in

9    his meet-and-confer letter.  A true and correct copy of the November 29th letter

10   from Kantor to Lu is attached to the App. as Exhibit "9."

11   24.    Then, on December 2, 2019, I emailed Lu telling her that given the

12   holiday, I had not responded yet to the meet-and-confer letter and a discovery

13   conference was premature.  Lu subsequently emailed the parties telling them that

14   Judge Reiser "asks that the parties work through meet-and-confer.  If there are

15   outstanding issues in one week, please let me know and we will set a discovery

16   conference."  A true and correct copy of Lu's response and preceding emails is

17   attached to the App. as Exhibit "10."

18   25.    On December 3, 2019, Citibank replied to the November 25, 2019

19   meet-and-confer letter (despite Herrling's claims otherwise in the Motion to Vacate

20   Arbitration Award ("MTV")) and notified Herrling it identified the Citibank

21   employees that inventoried the contents of her Box on October 1, 2016, and will

22   make them available for depositions.  A true and correct copy of Citibank's

23   December 3rd reply is attached to the App. as Exhibit "11."

24   26.    True and correct copies of the emails between Kantor, me, and my

25   former colleague, Jessica Medina ("Medina") from December 9, 2020 through

26   December 12, 2020 are attached to the App. as Exhibit "12."

27   27.    On December 10, 2019, Kantor and Medina met and conferred by

28

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM
ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE
ARBITRATION AWARD

1  telephone.  Then, on December 12, 2019, Medina emailed Kantor an update of items

2  they discussed during their December 10th meet and confer.  Kantor never

3  responded to Medina's email and neither she nor I heard from Kantor again to

4  resolve the meet-and-confer issues until over one month later on January 23, 2020

5  when he requested to continue the upcoming evidentiary hearing so he could

6  conduct discovery.

7          28.     A true and correct copy of Citibank's December 23, 2019 Demand for

8  Exchange of Expert Witnesses is attached to the App. as Exhibit "13."  Kantor did

9  not contact me to object to this procedure or to say that he never agreed to this

10  procedure for designating expert witnesses.

11          29.     A true and correct copy of Medina's January 8, 2020 email to Kantor is

12  attached to the App. as Exhibit "14."  Kantor never contacted either me or Medina

13  to schedule Kenneth Weber's ("Weber") deposition.

14          30.     On January 10, 2020, Citibank timely designated Jodi Pratt ("Pratt") as

15  an expert for the banking industry standards of care regarding safe deposit boxes.  A

16  true and correct copy of Citibank's Designation of Expert Witness is attached to the

17  App. as Exhibit "15."  Citibank did not receive an expert designation from Herrling

18  by the January 13, 2020 deadline for the initial designation nor by the deadline of

19  February 3, 2020 for the designation of a rebuttal expert witness.

20          31.     True and correct copies of Herrling's January 23, 2020 Request for a

21  Continuance and Citibank's January 24, 2020 opposition are attached to the App. as

22  Exhibits "16" and "17," respectively.  On February 4, 2020, when Judge Reiser

23  ruled on Herrling's January 23rd request, he denied the continuance but ordered that

24  Weber's deposition could be taken in the next two weeks despite that it was past the

25  non-expert discovery of February 3, 2020.  That same day, Herrling also served her

26  first and only set of interrogatories on Citibank.

27          32.     While discussing the dates for Weber's deposition, Kantor

28

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM
ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE
ARBITRATION AWARD

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579-9600

1    designated—for the first time—Herrling's purported safe deposit box expert, David

2    P. McGuinn ("McGuinn"), despite that the expert discovery deadline expired.  True

3    and correct copies of the emails between me and Kantor dated February 4, 2020 to

4    February 12, 2020 are attached to the App. as Exhibit "18."

5         33.    A true and correct copy of Citibank's Motion to Exclude McGuinn's

6    Testimony ("Motion to Exclude") is attached to the App. as Exhibit "19."

7    **Prehearing Motions**

8         34.    On October 4, 2019, Citibank filed its MSA with the sole issue of

9    whether Herrling's damages were capped by a liability limitation provision in the

10   Rental Agreement.  After full briefing and an in-person hearing, on November 4,

11   2019, Judge Reiser issued his ruling denying the MSA in full.  A true and correct

12   copy of Judge Reiser's November 4th ruling is attached to the App. as Exhibit "20."

13        35.    A true and correct copy of Herrling's February 14, 2020 Response to

14   Citibank's Motion to Exclude is attached to the App. as Exhibit "21."

15        36.    Before Judge Reiser could rule on the Motion to Exclude, on February

16   20, 2020, Herrling filed a second request to continue the hearing this time as a

17   "Request for Emergency Relief pursuant to JAMS Rule 2(c)".  In response, Citibank

18   pointed out that JAMS' emergency rules applied only before an arbitrator's

19   appointment.  Citibank also argued that a continuance was unjustified because

20   Herrling was merely repeating arguments Judge Reiser had already denied at the

21   February 4th conference and that although Citibank had provided Kantor with

22   *thirteen dates* Weber would be available for his deposition, Kantor did not timely

23   respond and never accepted any of these alternate dates for Weber's deposition

24   True and correct copies of Herrling's request and Citibank's response are attached to

25   the App. as Exhibits "22" and "23," respectively and my emails with Kantor

26   offering him the dates for Weber's deposition are attached as App. Exhibit "18".

27        37.    A true and correct copy of Lu's email responding to Herrling's

28

Frankfurt Kurnit Klein+Selz PC

2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

1    February 20th request is attached to the App. as Exhibit "24."

2         38.     On February 25, 2020, the Parties had a telephonic hearing regarding

3    the Motion to Exclude and Kantor's renewed motion to continue the hearing.  Judge

4    Reiser granted the Motion to Exclude, denied Herrling's renewed motion to

5    continue and allowed Herrling to subpoena third party Tim Braun ("Braun"), Vice

6    President of Academy Locksmith (the company which drilled the Box) to appear at

7    the hearing and produce invoices (the "Invoices").  A true and correct copy of Judge

8    Reiser's February 25, 2020 order is attached to the App as Exhibit "25."

9    **The Hearing**

10         39.     The Hearing was held on March 3 and 4, 2020, and concluded on April

11    22, 2020.  Herrling testified on her behalf.  She called Braun as her single witness,

12    who brought the Invoices in his company's possession which confirmed what

13    Citibank had asserted in this case, namely that Herrling's Box was drilled by a

14    licensed locksmith on October 1, 2016.

15         40.     Citibank called the following witnesses at the hearing: (1) Citibank

16    employees Rosa Palencia and Fernando Senabia who inventoried the items in

17    Herrling's Box both of whom testified under oath they did not remove the necklace

18    she claimed was in the Box; (2) Weber who testified to the extensive safety

19    measures taken when the safe deposit boxes were drilled and when Citibank

20    transported items inside the drilled safe deposit boxes to its main vault in New York;

21    (3) Citibank former employee, Moises DeLeon, who assisted Herrling in retrieving

22    her items from the main vault in New York; (4) One of the Vice Presidents of

23    Citibank's Safe Deposit Box Abandoned Property Unit, Brian Kirby, who testified

24    about the Citibank's procedures to notify safe deposit box customers when a branch

25    is being closed, the safety procedures Citibank employs when "abandoned" property

26    is sent to the main vault in New York, and the safety measures Citibank employees

27    follow when shipping items from the New York vault to their owners upon a

28

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM
ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE
ARBITRATION AWARD

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

1   reclamation request; and (5) Pratt who provided her expert opinion that Citibank met

2   the standards of care in the banking industry at all stages when handling the contents

3   in Herrling's Box.   During closing argument, Kantor, with Herrling standing by his

4   side, withdrew her negligence claim and elected to proceed only on the breach of

5   contract and conversion claims.   A true and correct copy of relevant excerpts from

6   the hearing transcript is attached to the App. as Exhibit "26."

7   **The Award**

8       41.     A true and correct copy of the Final Arbitration Award is attached to

9   the App. as Exhibit "27."

10      42.     I never agreed to submit the question of whether Herrling deposited her

11  necklace in her safe deposit box as the only question for Judge Reiser to decide.

12  **Inaccuracies in Herrling's MTV and Kantor's Declaration**

13      43.     On page 8 of the MTV, Herrling claims that regarding the Scheduling

14  Order, she "objected to this deviation from the parties' Agreement."   However,

15  neither Kantor nor Herrling ever objected to the Scheduling Order or proceeding

16  under the California Code of Civil Procedure for expert witnesses and Herrling

17  provides no corroborating evidence such as a sworn statement from Kantor that he

18  made these objections to either myself or Judge Reiser.

19      44.     In paragraph 12 of Kantor's declaration, he states that he sent Citibank

20  a letter on October 14, 2019 attempting to resolve all discovery disputes, but

21  Citibank did not respond.  (ECF 1 at 37.)  However, the parties already had briefed

22  the same issues in Kantor's October 4, 2019 letter to Lu requesting a discovery

23  conference and Citibank's October 7, 2019 opposition and there was nothing else

24  for Citibank to add that was not in its opposition.

25

26

27

28

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM
ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE
ARBITRATION AWARD

1        I declare under penalty of perjury under the laws of the United States

2   of America and the state of California that the foregoing is true and correct.

3        Executed this 20th day of August, 2020 at Los Angeles, California.

                                            TRICIA L. LEGITTINO

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE ARBITRATION AWARD

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 2029 Century Park East, Suite 1060, Los Angeles, CA 90067.

On August 20, 2020, I served true copies of the following document(s) described as **DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE ARBITRATION AWARD** on the interested parties in this action as follows:

Caroline Herrling
2337 S. Beverly Glen #6
Los Angeles, CA 90054
Tel: (323) 620-0858
Email: cphenix@publiclycorrect.com
In Pro Per

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address jobispo@fkks.com to the persons at the e-mail address cphenix@publiclycorrect.com.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 20, 2020, at Los Angeles, California.

_____
/s/ Jacqueline Obispo
Jacqueline Obispo

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

FKKS:2707889v.2  28253.300

1

DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF CITIBANK, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE ARBITRATION AWARD