Tricia L. Legittino (SBN 254311)
tlegittino@fkks.com
Matthew Samet (SBN 311865)
msamet@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone:  (310) 579-9600
Facsimile:   (310) 579-9650

Attorneys for Respondent
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAROLINE HERRLING,<br><br>    Petitioner,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>    Respondent. | Case No. 2:20-cv-06989-FMO-AFM<br><br>**RESPONDENT CITIBANK, N.A.'S LOCAL RULE 7.1-1 CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Filed Concurrently with Notice of Motion and Motion to Confirm Arbitration Award; Declaration of Tricia L. Legittino; Declaration of Matthew Samet; Appendix of Exhibits; [Proposed] Order]<br><br>Judge:  Hon. Fernando M. Olguin<br>Date:   September 17, 2020<br>Time:  10:00am<br>Crtrm.: 6D |

FKKS:2717581v.1  28253.300

RESPONDENT CITIBANK, N.A.'S LOCAL RULE 7.1-1 CERTIFICATION AS TO INTERESTED PARTIES

TO THE COURT AND TO PETITIONER:

PLEASE TAKE NOTICE that the undersigned counsel of record for Respondent Citibank, N.A. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Petitioner Caroline Herrling.
2. Defendant Citibank, N.A.
3. Citigroup, Inc., parent corporation of Citibank, N.A.

DATED: August 20, 2020            FRANKFURT KURNIT KLEIN + SELZ PC

By:   */s/ Tricia L. Legittino*
Tricia L. Legittino
Matthew Samet
Attorneys for Respondent
CITIBANK, N.A.

FKKS:2717581v.1  28253.300

2

RESPONDENT CITIBANK, N.A.'S LOCAL RULE 7.1-1 CERTIFICATION AS TO INTERESTED PARTIES

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, Suite 1060, Los Angeles, CA 90067.

On August 20, 2020, I served true copies of the following document(s) described as **RESPONDENT CITIBANK, N.A.'S LOCAL RULE 7.1-1 CERTIFICATION AS TO INTERESTED PARTIES** on the interested parties in this action as follows:

Caroline Herrling
2337 S. Beverly Glen #6
Los Angeles, CA 90054
Tel: (323) 620-0858
Email: cphenix@publiclycorrect.com
In Pro Per

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jobispo@fkks.com to the persons at the e-mail address cphenix@publiclycorrect.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 20, 2020, at Los Angeles, California.

                                                /s/ Jacqueline Obispo
                                                Jacqueline Obispo

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

FKKS:2717581v.1  28253.300

1

RESPONDENT CITIBANK, N.A.'S LOCAL RULE 7.1-1 CERTIFICATION AS TO INTERESTED PARTIES