Tricia L. Legittino (SBN 254311)
tlegittino@fkks.com
Matthew Samet (SBN 311865)
msamet@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650

Attorneys for Respondent
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT, WESTERN DIVISION

| CAROLINE HERRLING, | Case No. 2:20-cv-06989-FMO-AFM |
|---|---|
| Petitioner, | **CITIBANK, N.A.'S REPLY IN SUPPORT OF ITS MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE ARBITRATION AWARD** |
| v. | |
| CITIBANK, N.A., | |
| Respondent. | |
| | Judge: Hon. Fernando M. Olguin<br>Date: September 17, 2020<br>Time: 10:00am<br>Crtrm.: 6D |

FKKS:2729061v.1 28253.300

On August 20, 2020, Respondent Citibank, N.A. ("Citibank") filed and served its Motion to Confirm Arbitration Award and in Opposition to Caroline Herrling's ("Herrling") Motion to Vacate Arbitration Award (the "Motion").  (ECF 10.) Pursuant to Local Rule 7-9, Herrling was required to file an opposition to the Motion "not later than "twenty-one (21) days before the date designated for the hearing of the motion" of September 17, 2020, which means her opposition was due on August 27, 2020.  However, as of September 3, 2020, Herrling has not submitted any opposition.  Because under Local Rule 7-12, the "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion," Herrling's failure to timely oppose the Motion may be deemed consent to confirming the arbitration award.  *See Lee v. Cal. Bank & Trust*, No. CV 13-5725 FMO (CWX), 2013 WL 12152466, at *1 (C.D. Cal. Sept. 9, 2013) (Olguin, J.) (where "plaintiff has not filed any Opposition to the Motion . . . the court will deem plaintiff's failure to file an Opposition as consent to granting of the Motion").

Accordingly, Citibank respectfully requests that the Court grant Citibank's Motion, deny Herrling's Motion to Vacate Arbitration Award, and issue an order confirming the arbitration award.

DATED:  September 3, 2020                    FRANKFURT KURNIT KLEIN + SELZ PC

By:      /s/ Tricia L. Legittino
Tricia L. Legittino
Matthew Samet
Attorneys for Respondent
CITIBANK, N.A.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, Suite 1060, Los Angeles, CA 90067.

On September 3, 2020, I served true copies of the following document(s) described as **CITIBANK, N.A.'S REPLY IN SUPPORT OF ITS MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE ARBITRATION AWARD** on the interested parties in this action as follows:

Caroline Herrling
2337 S. Beverly Glen #6
Los Angeles, CA 90054
Tel: (323) 620-0858
Email: cphenix@publiclycorrect.com
In Pro Per

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jobispo@fkks.com to the persons at the e-mail address cphenix@publiclycorrect.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 3, 2020, at Los Angeles, California.

                                                                        /s/ Jacqueline Obispo
                                                                        Jacqueline Obispo

FKKS:2729061v.1  28253.300

1

CITIBANK, N.A.'S REPLY IN SUPPORT OF ITS MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO CAROLINE HERRLING'S MOTION TO VACATE ARBITRATION AWARD