Tricia L. Legittino (SBN 254311)
Matthew Samet (SBN 311865)
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650

Attorneys for Respondent
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT, WESTERN DIVISION

| | |
|---|---|
| CAROLINE HERRLING,<br><br>    Petitioner,<br><br>    v.<br><br>CITIBANK, N.A., AND DOES 1 TO 50,,<br><br>    Respondent. | Case No. 2:20-cv-06989-FMO-AFM<br><br>**NOTICE OF CHANGE OF ADDRESS** |

---

NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT as of December 4, 2020, attorneys for Respondent have changed the address for service of notices and documents in the above-captioned action.  The new address will be as follows:

Frankfurt Kurnit Klein + Selz, P.C.

2029 Century Park East

Suite 2500N

Los Angeles, CA 90067

All notices and documents regarding the action should be sent to the above address. E-mail and telephone contact information remains the same.

DATED:  December 4, 2020          FRANKFURT KURNIT KLEIN + SELZ PC

By: _____
Tricia L. Legittino
Matthew Samet
Attorneys for Respondent
CITIBANK, N.A.

# PROOF OF SERVICE

**Herrling v. Citibank, N.A.**
**JAMS Ref. No. 1210036436**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, Suite 2500N, Los Angeles, CA 90067.

On December 29, 2020, I served true copies of the following document(s) described as **NOTICE OF CHANGE OF ADDRESS** on the interested parties in this action as follows:

James Kantor
1 South Market Street #1812
San Jose, CA 95113
Tel: (310) 490-4352
Email: jamesrkantor@gmail.com
*Representative for Claimant Caroline Herrling*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jortega@fkks.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 29, 2020, at Los Angeles, California.

*/s/Julianne Ortega*
Julianne Ortega