JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAROLINE HERRLING, | ) | Case No. CV 20-6989 FMO (AFMx) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| CITIBANK N.A., | ) | |
| Respondent. | ) | |

Pursuant to 9 U.S.C. § 13 and the Court's Order Re: Pending Motions, issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED that judgment is entered in favor of respondent Citibank N.A. against petitioner Caroline Herrling. The arbitration award in JAMS Case No. 1210036436 is **confirmed**. The parties shall bear their own fees and costs. Dated this 3rd day of March, 2021.

/s/
Fernando M. Olguin
United States District Judge